UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Imelda Del Rosario, | No. 2:21-cv-01304-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| Yakte Properties LLC, et. al, | |
| Defendant. | |

This court directed plaintiff to file an Amended Complaint. ECF No. 9. Plaintiff did not, so the court once again ordered plaintiff to file an Amended Complaint within 20 days of October 21, 2021; otherwise, the court warned it was inclined to dismiss the case with prejudice, for failure to prosecute. ECF No. 10. On November 2, 2021, plaintiff filed a Notice of Removal and an order on a temporary restraining order from a state court proceeding. ECF No. 11. Plaintiff has yet to file an Amended Complaint.

Plaintiff is ordered to file an Amended Complaint and show cause for failing to comply with the court's order **within 14 days**; otherwise the court will dismiss the case under Federal Rule of Civil Procedure 41(b). In light of plaintiff's filing an Amended Pleading, the Scheduling Conference currently set for 12/16/2021 is RESET for 2/24/2022 at 2:30 PM before Chief District Judge Kimberly J. Mueller, with the filing of an updated joint status report due fourteen (14) days prior.

1

1      IT IS SO ORDERED.

2   DATED: November 12, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE