UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Imelda Del Rosario, | No. 2:21-cv-01304-KJM-JDP |
| Plaintiff, | |
| v. | ORDER |
| Yakte Properties, LLC, et al., | |
| Defendants. | |

The court held a hearing on defendant Yakte Properties' motion to dismiss and conducted a pretrial scheduling conference on April 15, 2022. *See* Minutes, ECF No. 32. Timothy McFarlin, counsel for plaintiff Imelda Del Rosario, did not appear. *Id.* Nor did Mr. McFarlin alert the court that he was unable to make an appearance. Mr. McFarlin is **ordered to show cause within fourteen days** why he should not be sanctioned in the amount of $250.00 for failing to appear.

IT IS SO ORDERED.

DATED: April 15, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1